IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSUP LAL,<br><br>    Plaintiff,<br><br>    v.<br><br>ENLOE MEDICAL CENTER, et al.,<br><br>    Defendants. | No. 2:22-CV-1540-KJM-DMC<br><br><br><br>ORDER |

      Plaintiff, who is proceeding with retained counsel, brings this civil action. On March 7, 2023, Defendants filed a statement noting the death of Plaintiff Jessup Lal on January 23, 2023. See ECF No. 18. Now before the Court is Defendants' motion to vacate the current litigation schedule pending a motion for substitution pursuant to Federal Rule of Civil Procedure 25(a), which is due within 90 days after the March 7, 2023, notice. See ECF No. 19. Good cause appearing therefor, Defendants' motion is granted. The current litigation schedule, including the settlement conference set before the undersigned for May 10, 2023, at 10:00 a.m., is vacated.

      IT IS SO ORDERED.

Dated: April 25, 2023

                                                        _____<br>
                                                        DENNIS M. COTA<br>
                                                        UNITED STATES MAGISTRATE JUDGE