UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jessup Lal,<br><br>                    Plaintiff,<br><br>     v.<br><br>Enloe Medical Center, et al.,<br><br>                    Defendants. | No. 2:22-cv-01540-KJM-DMC<br><br>ORDER |

After the hearing on plaintiff's counsel Angela Hooper's motion to withdraw, Hr'g Mins., ECF No. 23, Ms. Hooper submitted an *in camera* supplemental declaration, *see* Notice of Request to Seal, ECF No. 25.  The court grants Ms. Hooper's request to seal her supplemental declaration under Local Rule 141 to preserve plaintiff's confidences and attorney-client privilege.  *See id.*; E.D. Cal. L.R. 141.  The Clerk of Court is directed to file the declaration under seal.

This order resolves ECF No. 25.

IT IS SO ORDERED.

DATED: July 12, 2023.

_____
CHIEF UNITED STATES DISTRICT JUDGE