IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAREELA LAL, | No. 2:22-CV-1540-KJM-DMC |
| Plaintiff, | |
| v. | ORDER |
| ENLOE MEDICAL CENTER, et al., | |
| Defendants. | |

Plaintiff, who is proceeding with retained counsel, brings this civil action. Upon referral by the District Judge, this matter is ready for scheduling. Accordingly, an initial scheduling conference is set for October 18, 2023, at 10:00 a.m., before the undersigned in Redding, California. The parties shall meet and confer and file a <u>joint</u> scheduling conference report consistent with the Court's September 1, 2022, order at ECF No. 3 on or before October 11, 2023. Requests to appear remotely, either by telephone conference or Zoom video conference, must be made in writing on or before October 11, 2023, and will only be granted upon a showing of good cause.

IT IS SO ORDERED.

Dated: August 16, 2023

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1