**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SAREELA LAL, | No.  2:22-CV-1540-KJM-DMC |
| Plaintiff, | |
| v. | ORDER |
| ENLOE MEDICAL CENTER, et al., | |
| Defendants. | |

Plaintiff, who is proceeding with retained counsel, brings this civil action.

A settlement conference is scheduled for April 10, 2024, at 10:00 a.m., in Redding, California, before the undersigned.  On or before March 27, 2024, the parties must execute and file the attached Waiver of Disqualification to allow the undersigned to conduct the settlement conference.  If waivers are not filed by all parties participating in the settlement conference by this date, the hearing will be vacated and, on the parties' joint request, the matter will be referred to another Magistrate Judge for purposes of conducting a settlement conference.

Should the parties waive disqualification, the parties are directed to each submit a confidential settlement conference statement directly to chambers by April 3, 2024.  These statements shall not be filed.  Unless otherwise notified by the undersigned, counsel shall be accompanied by a person able to dispose of the case or be fully authorized to settle the matter on

/ / /

any terms.  See Local Rule 270(f)(1).

IT IS SO ORDERED.


Dated:  March 22, 2024

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1

2

3

4

5

6

7

8           **IN THE UNITED STATES DISTRICT COURT**

9           **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11    SAREELA LAL,                      No.  2:22-CV-1540-KJM-DMC

12           Plaintiff,

13      v.

14    ENLOE MEDICAL CENTER, et al.,

15           Defendants.

16

17                  WAIVER OF DISQUALIFICATION

18

19         Pursuant to Eastern District of California Local Rule 270(b), the parties to the herein action affirmatively request that the assigned Magistrate Judge participate in the settlement conference and further, the parties waive any claim of disqualification to Judge Cota thereafter

20 hearing and determining matters in this case in accordance with 28 U.S.C. § 636(b)(1) and

21 Eastern District of California Local Rule 302.

22

23 DATED: _____           _____

                                      By:  For Plaintiff(s)

24

25 DATED: _____           _____

                                      By:  For defendant(s)

26

27

28